USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PAUL SILVERSTEIN,

                Plaintiff,                Matter No.: 13 CV 2181 (PGG)

-against-                          **STIPULATION OF
DISMISSAL**

WORDLOGIC CORPORATION,

                Defendant.
----------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, that this action be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       December 23, 2013

KAISER SAURBORN & MAIR, P.C.      BALESTRIERE, FARIELLO & ABRAMS LLP

By: _____              By: _____
    David N. Mair                             Jillian L. McNall
Attorneys for Plaintiff                    Attorneys for Defendant
111 Broadway                              255 Broadway, Suite 2900
New York, New York 10006              New York, New York 10007
(212) 338-9100                            (646) 912-8463

The Clerk of the Court is directed to close this case.

So Ordered: _____   Dec. 28, 2013
           Hon. Judge Paul G. Gardephe